IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> YASMIN ARELY VARGAS, ) <br> a.k.a. "Flaca," ) <br> ) <br> Defendant. ) <br> ) | Criminal No. 1:15-cr-169-02-LO <br><br> Hon. Liam O'Grady |

## ORDER

For the reasons set forth in the Government's Response in Opposition to Defendant Vargas's Motion to Dismiss with Prejudice (Dkt. No. 46) and for good cause shown, Defendant Vargas' Motion to Dismiss with Prejudice (Dkt. No. 44) is **DENIED**. If the government seeks to bring the charges against defendant back, the Court will address the legal merits of a motion to dismiss the indictment at that time.

September 21, 2015
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge